Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 3:14-cv-05129-WHO |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE; AND ORDER |
| v. | |
| PITTSBURG LODGE NO. 1475, LOYAL ORDER OF MOOSE, INCORPORATED, | |
| Defendant. | |

TO THE HONORABLE WILLIAM H. ORRICK, THE DEFENDANT AND ITS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for Tuesday, February 17, 2015 at 2:00 PM.  As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Pittsburg Lodge No. 1475, Loyal Order of Moose, Incorporated, individually and d/b/a Moose Lodge.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In addition, Thomas P. Riley, Plaintiff's counsel in this action, has a calendaring conflict on Tuesday, February 17, 2015 as Mr. Riley is ordered to appear before the Honorable Paul Singh Grewal of the U.S.D.C. for the Northern District of California, San Jose Division in the matter of *J & J Sports Productions, Inc. v. Salas, et al.,;* Case No. 5:13-cv-05553-BLF for Defendants' Motion to Compel Document Production Hearing at 10:00 AM that very same day (ECF# 45); and a telephonic conference before Magistrate David R. Strawbridge of the U.S.D.C. for the Eastern District of Pennsylvania, Philadelphia Division in the matter of *J & J Sports Productions, Inc. v. Baldino, et al.,*; Case No. 2:14-cv-02444-AB at 4:45 P.M.(EST) that same day (ECF# 23) as well .

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for Tuesday, February 17, 2015 at 2:00 PM.

Respectfully submitted,

Dated: February 6, 2015

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

1

2

### ORDER

3

4        It is hereby ordered that the Case Management Conference in civil action number 3:14-cv-05129-

5   WHO styled *J & J Sports Productions, Inc. v. Pittsburg Lodge No. 1475, Loyal Order of Moose,*

6   *Incorporated,* is hereby continued from 2:00 PM, Tuesday, February 17, 2015 to  2:00 p.m. March 24,

7   2015.

        Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of

8   Service of this Order with the Clerk of the Court.

9

10

11

12   **IT IS SO ORDERED**:

13

14

15   _____        Dated: February 6, 2015

16   **THE HONORABLE WILLIAM H. ORRICK**
     **United States District Court**
17   **Northern District of California**

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28