UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PITTSBURG LODGE NO. 1475, LOYAL ORDER OF MOOSE, INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No.   14-cv-05129-VC<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO STRIKE**<br><br>Re: Dkt. No. 28 |

　　　　The motion to strike Defendant Pittsburg Lodge No. 1475's affirmative defenses is denied as moot.

　　　　Under Federal Rule of Civil Procedure 15, a party may only amend its pleadings as a matter of course only once, and only within 21 days after serving it.  Fed. R. Civ. P. 15(a)(1).  "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  "Generally, Rule 15 advises the court that leave shall be freely given when justice so requires.  This policy is to be applied with extreme liberality."  *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (internal quotation marks omitted).

　　　　Here, the defendant served its original Answer on March 6, 2015.  Any amendment as a matter of course was therefore due by March 27, 2015.  But the defendant did not file its Amended Answer until April 10, 2015, in response to the plaintiff's motion to strike.  However, the Court construes the defendant's April 10, 2015 submission as a request for leave to file an amended answer.  So construed, the request is granted.  Accordingly, the plaintiff's motion is denied as moot.

　　　　**IT IS SO ORDERED.**

Dated:  April 29, 2015

_____
VINCE CHHABRIA
United States District Judge