UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

PITTSBURG LODGE NO. 1475, LOYAL ORDER OF MOOSE, INCORPORATED, et al.,

    Defendants.

Case No. 14-cv-05129-VC

**ORDER GRANTING MOTION TO STRIKE**

Re: Dkt. No. 38

The plaintiff moves to strike all eight of the affirmative defenses raised in Pittsburg Lodge No. 1475, Loyal Order of Moose's Amended Answer to the plaintiffs' complaint. The motion is granted.

To avoid spending time and money "litigating spurious issues," *Barnes v. AT & T Pension Ben. Plan-Nonbargained Program*, 718 F. Supp. 2d 1167, 1170 (N.D. Cal. 2010), a Court may strike affirmative defenses that present an "insufficient defense, or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

The defendant's first, fifth, and sixth affirmative defenses are stricken for the reasons given in Judge Seeborg's well-reasoned order in *J & J Sports Prods., Inc. v. Bouton*, No. 3:12-cv-05762-RS (N.D. Cal. Dec. 10, 2014, Dkt. No. 52).

The defendant's second, third, and fourth affirmative defenses each challenge elements of the plaintiff's cause of action, and are therefore stricken as redundant. *See Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1088 (9th Cir. 2002) ("A defense which demonstrates that plaintiff has not met its burden of proof is not an affirmative defense.").

The defendant's eighth affirmative defense is stricken because even "if it is later found that defendant acted unknowingly . . . this point is irrelevant . . . for determining liability." *J & J Sports Prods., Inc. v. Mendoza-Govan*, No. C 10-05123 WHA, 2011 WL 1544886, at *6 (N.D. Cal. Apr. 25, 2011).

1  Should the defendant choose to re-plead any affirmative defenses, it has 14 days to file a
2  new amended answer.  Any such amended answer should include only true affirmative defenses,
3  *see Ford Motor Co. v. Transp. Indem. Co.*, 795 F.2d 538, 546 (6th Cir. 1986) ("An affirmative
4  defense raises matters extraneous to the plaintiff's *prima facie* case"), and should assert only those
5  affirmative defenses for which the defendant can allege the requisite factual support.

**IT IS SO ORDERED.**

Dated:  June 18, 2015

_____
VINCE CHHABRIA
United States District Judge