Stuart J. West, SBN 202041
West & Associates, A PC
2815 Mitchell Drive
Suite 209
Walnut Creek, CA  94598
925.262.2220

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PITTSBURG LODGE NO. 1475<br><br>LOYALORDER OF MOOSE,<br><br>INCORPORATED,<br><br>　　　　　Defendant/Third-Party<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMCAST CABLE COMMUNICATIONS,<br><br>INC., LLP | Case No.: 3:14-cv-05129-VC<br><br>[Proposed] ORDER DISMISSING THIRD-PARTY DEFENDANT, COMCAST CABLE COMMUNICATIONS, INC., LLP |

**ORDER OF DISMISSAL WITH PREJUDICE**

Third-Party Plaintiff and Third-Party Defendant in the above-captioned case entered into a settlement on the record with Magistrate Judge Beeler (Docket #51) and have agreed and request that this Court dismiss the Third-Party Defendant, Comcast Cable Holdings, LLC (erroneously sued as Comcast Cable Communications, Inc., LLP) from the above-captioned case, with prejudice.  This Court now finds that Third-Party Plaintiff's case against Third-Party Defendant should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the Third-Party Plaintiff's stipulated motion for voluntary dismissal, with prejudice, against Third-Party Defendant is granted and Third-Party Defendant, Comcast Cable Holdings, LLC is hereby dismissed from the above-captioned case, with prejudice.

Dated: December 16, 2015

**THE HONORABLE VINCE CHHABRIA**
United States District Court Judge
Northern District of California